JOHN S. GALLAGHER *v.* JOHN WOOSTER.

[Abstract Kentucky Law Reporter, Vol. 4—256.]

**Power of City to Confiscate Property.**

> The legislature can not constitutionally confer the power on a city to pass an ordinance to seize and sell hogs found running at large in the streets of such city. The property of a citizen can not be appropriated by the city without judicial proceeding in which he is brought before the court.

APPEAL FROM JEFFERSON COURT OF COMMON PLEAS.

September 26, 1882.

OPINION BY JUDGE HINES:

This action was brought by appellee to recover the value of certain hogs alleged to have been wrongfully converted by appellant. Appellant pleaded in justification an order of the Louisville city court, of which he was marshal, alleging that an order under which he sold the hogs was obtained in a proceed-

ing in rem founded upon an ordinance of the city which author-ized the seizure and sale of hogs running at large in the streets of the city. To this plea a demurrer was sustained and the only question presented on the appeal is, whether the property of a citizen can be thus appropriated by the city without judicial proceeding in which the citizen is before the court on actual or constructive process. This question was fully considered by this court in *Varden v. Mount,* 78 Ky. 86, 39 Am. Rep. 208, in which it was held that no such power could be constitutionally conferred by the legislature.

Judgment *affirmed.*

*T. L. Burnett, for appellant.*

*Kohn & Barker, for appellee.*

